☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Ricky Wayne Hampton**                                  Case No.
**Chasity Lynn Hampton**

Debtors:                                                          Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**    (1) 493 Alberton Road                    (2) 493 Alberton Road
                    Lexington, TN 38351                        Lexington, TN 38351

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $ _____    (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ☐ **PAYROLL DEDUCTION** From: _____    **OR ( ) DIRECT PAY**

   **Debtor(2)** shall pay $ **263.00**    (☐ weekly, ☐ every two weeks, ☑ semi-monthly, or ☐ monthly, by:
   ☑ **PAYROLL DEDUCTION** From: **Henderson County Board of Education**    **OR ( ) DIRECT PAY**
                                    **Lexington, TN 38351**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]           ☐ YES    ☑ NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION             ☑ YES    ☐ NO
       OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].         ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                                        Monthly Plan Payment:

                    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**            ongoing payment begins _____                              $ _____
                    Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-**                                    Amount _____                     $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None**            ongoing payment begins _____                              $ _____
                    Approximate arrearage: _____    Interest _____          $ _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment:
**American Credit Acceptance, LLC**     **21,000.00**           **8.25**             $**440.00**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]       Value of Collateral:    Rate of Interest    Monthly Plan Payment:
**-NONE-**                              _____                  _____             $ _____

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

American Credit Acceptance, LLC     Collateral: 2018 Ford Fusion 70000 miles
Location: 493 Alberton Road, Lexington TN 38351

**10. SPECIAL CLASS UNSECURED CLAIMS:**

-NONE-     Amount: ____     Rate of Interest: ____     Monthly Plan Payment: $____

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None     ☐ Not provided for   **OR**   ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $20,686.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ ____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None     ☐ Assumes   **OR**   ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ KENNETH L. WALKER     Date June 27, 2019 .
KENNETH L. WALKER 6459
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)